UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SA CV 08-1334 DOC (Ex)             Date: February 4, 2009

Title: CHARLES EDWARD LINCOLN, III V. CAL-WESTERN RECONVEYANCE CORPORATION, WELLS FARGO BANK, AS SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC., FIRST AMERICAN TITLE CORPORATION, AND DOES 1-50

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                        Date:_____ Deputy Clerk: _____

PRESENT:          THE HONORABLE DAVID O. CARTER, JUDGE

    Kristee Hopkins                                 Not Present
Courtroom Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                           NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION

The complaint fails to allege subject matter jurisdiction under either 28 U.S.C. § 1331 as a claim arising under a federal law or 28 U.S.C. § 1332 as a claim between diverse citizens with an amount in controversy greater than $75,000.

Accordingly, the Court orders Plaintiff to show cause in writing **by February 18, 2009,** why this action should not be dismissed for lack of subject matter jurisdiction. Defendants may submit a response in the same time period. An amended complaint correcting the deficiency will be deemed a sufficient response to this order to show cause.

       The Clerk shall serve this minute order on all parties to the action.