1  JOHN D. DUNCAN (SBN 179560)
   PETER J. SALMON (SBN 174386)
2  THOMAS N. ABBOTT (SBN 245568)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17935
4  San Diego, CA 92177-0935
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385
   E-Mail: tabbott@piteduncan.com
6
7  Attorneys for Defendants WELLS FARGO BANK, N.A.; and CAL-WESTERN
   RECONVEYANCE CORPORATION

8                   **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

10 | CHARLES EDWARD LINCOLN, III, | Case No. SACV08- 1334 DOC (Ex) |
   |---|---|
11 | Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS WELLS FARGO BANK, N.A.; AND CAL-WESTERN RECONVEYANCE CORPORATION** |
12 | v. | |
13 | CAL-WESTERN RECONVEYANCE CORPORATION, WELLS FARGO BANK, as successor by merger to WELLS FARGO HOME MORTGAGE, INC., FIRST AMERICAN TITLE CORPORATION, FIRST AMERICAN CORPORATION, FLORIDA DEFAULT LAW GROUP, P.L. And all JOHN & JANE DOES 1-50, | |
   | | [F.R.C.P. Rules 12(b)(6)] |
   | | Date:  June 1, 2009 |
   | | Time:  8:30 a.m. |
   | | Courtroom:  9D |
   | | Judge:  Hon. David O. Carter |
   | Defendants. | |

20 **TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

21    **PLEASE TAKE NOTICE** that on June 1, 2009, at 8:30 a.m., or as soon thereafter as the

22 matter may be heard in the above-entitled court, located at 411 W. Fourth Street, Rm.1053, Santa

23 Ana, California 927001-4516, defendants WELLS FARGO BANK, N.A. ("Wells Fargo"), and CAL-

24 WESTERN RECONVEYANCE CORPORATION ("Cal-Western") (collectively, "Defendants") will

25 move the court to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the

26 /././

27 /././

28 /././

-1-
NOTICE OF MOTION AND MOTION TO DISMISS                                    1801729.wpd

grounds that: Plaintiff Charles Edward Lincoln, III lacks standing and the First Amended Complaint fails to state a claim upon which relief can be granted.

Dated: May 6, 2009

PITE DUNCAN, LLP

By:   */s/ Thomas N. Abbott*
Thomas N. Abbott
Attorneys for Defendants
WELLS FARGO BANK, N.A.; and
CAL-WESTERN RECONVEYANCE
CORPORATION