# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 08-1334 DOC (Ex)                  Date: May 20, 2009

Title: LINCOLN V. CAL-WESTERN RECONVEYANCE, ET AL.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]

Date:_____  Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                      NONE PRESENT

---

PROCEEDING (IN CHAMBERS): GRANTING MOTION TO DISMISS

       Defendants Cal-Western Reconveyance Corporation and Wells Fargo Bank filed a Motion to Dismiss on May 6, 2009 and set a hearing on the Motion for June 1, 2009. Plaintiff's Opposition, if any, was due on May 18, 2009. At present, Plaintiff has not filed an opposition.

       Accordingly, pursuant to Local Rule 7-12, the Motion is hereby GRANTED AS UNOPPOSED. Plaintiff's First Amended Complaint is hereby DISMISSED. The hearing set June 1, 2009 is now vacated.

       The Clerk shall serve this minute order on all parties to the action.