SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge **David O. Carter**

From: **Nancy Castro**, Deputy Clerk    Date Received: **7/24/09**

Case No.: **SACV08-1334 DOC(Ex)**    Case Title: **Lincoln, III v. Cal-Western Reconveyance Corp et.**

Document Entitled: **Notice of Orly Taitz Appearance as Counsel for Plaintiff and Motion for Time to Review Case Before filing plaintiff's Second Amended Complaint**

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1     Document not legible
- ☐ Local Rule 11-3.8     Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1     No copy provided for judge
- ☐ Local Rule 19-1       Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1       Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
- ☒ Local Rule 6.1        Written notice of motion lacking or timeliness of notice incorrect
- ☒ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2       Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1     Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6       Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)       No proof of service attached to document(s)
- ☒ Other: **Substitution of attorney not on file. General Order 08-02 & 08-11, Co8 is designated for e-filing.**

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

**August 3, 2009**    **David O. Carter**
Date                  U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date                  U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---