# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 08-1334 DOC (Ex)                                    Date: August 5, 2009

Title:  CHARLES EDWARD LINCOLN, III V. CAL-WESTERN RECONVEYANCE
         CORPORATION, ET AL.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                              Date:_____  Deputy Clerk: _____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

_____Kristee Hopkins_____                          ____Not Present____
Courtroom Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                          NONE PRESENT

---

PROCEEDING (IN CHAMBERS): DENYING MOTION FOR APPEARANCE AS COUNSEL AND
                          GRANTING EXTENSION FO TIME TO FILE SECOND
                          AMENDED COMPLAINT

On July 24, 2009, Plaintiff Charles Edward Lincoln, III ("Plaintiff") filed a "Notice of Orly Taitz Appearance as Counsel for Plaintiff and Motion for Time to Review Case Before Filing Plaintiff's Second Amended Complaint" (the "Motion"). The Court finds the Motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. After considering the moving papers, the Court hereby DENIES IN PART AND GRANTS IN PART the Motion.

In order to be substitute Orly Taitz as attorney of record in this case, Plaintiff must file a proper request for substitution of attorney and submitted a proposed order therewith, in addition to a declaration ensuring the court that her other obligations will not interfere with her ability to represent Plaintiff in this action. Accordingly, the Motion is DENIED to the extent that it requests that this Court recognize Orly Taitz's appearance as counsel for Plaintiff. To the extent that the Motion requests an

---

MINUTES FORM 11 DOC                                  Initials of Deputy Clerk _kh_
CIVIL - GEN                                          Page 1 of 2

extension to September 15, 2009 for Plaintiff to file his Second Amended Complaint, the Motion is GRANTED.

The Clerk shall serve this minute order on all parties to the action.